IN THE UNITED STATES COURT FOR FEDERAL CLAIMS
_____

No. 15-953 T

(Senior Judge Eric G. Bruggink)

CITIGROUP INC.,

                                Plaintiff,

v.

THE UNITED STATES,
                                Defendant

_____

JOINT MOTION FOR ENLARGEMENT OF TIME
_____

      Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff, Citigroup, Inc., and defendant, the United States, respectfully move the Court for an enlargement of 3 days, from November 30, 2021, to and including December 3, 2021, within which to file any motions to present evidence via deposition or any motions in limine.  This is the first enlargement requested for this purpose.  In support of their motion, the parties state as follows:

      The parties are attempting to work collaboratively on the designation of transcripts and to resolve issues related to the admission of testimony prior to the filing of any motion in an attempt to limit unnecessary motions practice.  The parties are scheduled to confer on these matters on November 30, 2021.  The parties request an additional 3 days to accommodate their meet and confer.

WHEREFORE, plaintiff and defendant respectfully request that this Court grant its motion for an enlargement, to and including December 3, 2021, within which to file any motions to present evidence via deposition or any motions in limine.

Respectfully submitted,

November 22, 2021

/s/ Jean A. Pawlow
JEAN A. PAWLOW
Attorney of Record
Latham & Watkins LLP
555 11th St. NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-3331
Fax: (202) 637-2201
jean.pawlow@lw.com

*Attorney for Plaintiff*

November 22, 2021

/s/ Benjamin C. King, Jr.
BENJAMIN C. KING JR.
Attorney of Record
JASON S. SELMONT
STEFAN R. WOLFE
Trial Attorneys
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
202-307-6506 (v)
202-514-9440 (f)
Benjamin.C.King@usdoj.gov

DAVID A. HUBBERT
 Deputy Assistant Attorney General
DAVID I. PINCUS
 Chief, Court of Federal Claims Section
G. ROBSON STEWART
 Assistant Chief

/s/ G. Robson Stewart
 Of Counsel

*Attorneys for Defendant*