# In the United States Court of Federal Claims

No. 15-953T
(Filed: February 18, 2022)

* * * * * * * * * * * * * * * * * *

CITIGROUP, INC.,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * *

ORDER

Trial is hereby rescheduled to begin on March 21, 2022, at 9:00 am in the National Courts Building and will continue for 10 trial days. The pretrial conference is scheduled for March 7, 2022, at 11:00 am and will take place by video conference. The court's clerk's office will contact the parties regarding video conference logistics.

                                        s/ Eric G. Bruggink
                                        ERIC G. BRUGGINK
                                        Senior Judge